MARKO S., Also Known as MARKO ALEXANDER S. and Another, Respondent, v HEATHER S., Also Known as HEATHER KIM S., Appellant.

Submitted July 23, 2012; decided December 11, 2012

Motion for reargument denied [*see* 19 NY3d 875 (2012)].

---

SHARLENE McKENZIE, as Executrix of OSCAR McKENZIE, JR., Deceased, Appellant, v ONONDAGA COUNTY et al., Respondents.

Submitted August 20, 2012; decided December 11, 2012

Motion to vacate this Court's July 27, 2012 dismissal order granted [*see* 19 NY3d 970 (2012)]. On the Court's own motion, appeal dismissed, without costs, upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

In the Matter of M.G.M. INSULATION, INC., et al., Appellants, v COLLEEN C. GARDNER, as Commissioner of Labor, Respondent.

Submitted December 3, 2012; decided December 11, 2012

Motion by New York State Council of the National Electrical Contractors Association Chapters for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.